IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

WARREN THOMPSON and
DIANE THOMPSON,

    Plaintiffs,

v.                                            Case No. 3:05cv168/LAC

UNITED SERVICES AUTOMOBILE
ASSOCIATION,

    Defendant.
_____/

**<u>ORDER</u>**

    This cause is before the Court on a motion to dismiss (doc. 4) filed by the Defendant on grounds that the Court does not have subject matter jurisdiction over the case. Plaintiff has failed to respond to the motion.

    Defendant asserts that diversity jurisdiction does not exist in this case because, as a reciprocal inter-insurance exchange, it is deemed to have citizenship in each state in which it has members. Since Defendant has members in Florida, it is deemed a citizen of Florida for diversity purposes, and since Plaintiffs are also citizens of Florida, diversity is lost. The

Court agrees. *See Keszenheimer v. United Services Auto. Ass'n*, 78 Fed.Appx. 333 (5th Cir. 2003); *Baer v. United Services Auto. Ass'n*, 503 F.2d 393 (2nd Cir. 1974).

The Court's ruling in this matter may therefore be summarized as follows:

1. Defendant's motion to dismiss (doc. 4) is **GRANTED**.

2. This cause is dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

**ORDERED** on this 9th day of September, 2005.

                                                    s/*L.A. Collier*
                                                  Lacey A. Collier
                                        Senior United States District Judge